**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: BRADLEY A. BENNEHOFF & ANTOINETTE S. BENNEHOFF      Case Number: 06-71515
1013 WINDBOURNE DRIVE        SSN-xxx-xx-6123 & xxx-xx-6812
MACHESNEY PARK, IL 61115

Case filed on: 8/22/2006
Plan Confirmed on: 10/27/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,047.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 2,236.49 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,236.49 | 0.00 |
| 999 | BRADLEY A. BENNEHOFF | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 8,560.23 | 6,000.00 | 1,209.07 | 364.93 |
| 002 | BENEFICIAL ILLINOIS INC | 2,320.95 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO BANK NA | 12,658.20 | 0.00 | 0.00 | 0.00 |
| 010 | WELLS FARGO BANK NA | 12,808.20 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 36,347.58 | 6,000.00 | 1,209.07 | 364.93 |
| 001 | AMCORE BANK NA | 0.00 | 2,560.23 | 0.00 | 0.00 |
| 004 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | HARLEM SCHOOL DISTRICT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INFINITY HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 86.07 | 86.07 | 0.00 | 0.00 |
| 008 | NICOR GAS | 823.58 | 823.58 | 0.00 | 0.00 |
| 009 | SCHOLASTIC INC | 85.80 | 85.80 | 0.00 | 0.00 |
| 011 | ROCK RIVER WATER RECLAMATION | 621.91 | 621.91 | 0.00 | 0.00 |
|  | Total Unsecured | 1,617.36 | 4,177.59 | 0.00 | 0.00 |
|  | Grand Total: | 40,464.94 | 12,677.59 | 3,445.56 | 364.93 |

Total Paid Claimant:   $3,810.49
Trustee Allowance:     $236.51        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00       discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008        By  /s/Heather M. Fagan